IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES R. SMITH,<br>    Plaintiff<br><br>    v.<br><br>RICKEY L. SHERMAN et al.,<br>    Defendants | No. 1:18-cv-01751<br><br>(Judge Rambo) |

# ORDER

**AND NOW**, on this 29th day of November 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 5), construed as a motion to proceed without the full prepayment of costs and filing fees, is **GRANTED** and the complaint is deemed filed;

2. Plaintiff's complaint (Doc. No. 1-1), is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to the screening provisions of the PLRA;

3. Plaintiff is not permitted leave to file an amended complaint as any amended complaint would be futile; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge